# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 36 MM 2015
:
              Petitioner :
:
:
:
          v. :
:
:
:
ANTONIO R. ORTIZ, :
:
            Respondent :


## ORDER


**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. The Commonwealth is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within five days of this order.